DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROOF DEPOT USA, LLC,** a Florida Limited Liability Company,
Appellant,

v.

**ANNE M. CHARLES,**
Appellee.

No. 4D17-556

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE15-000816.

Andrew T. Trailor of Andrew T. Trailor, P.A., Miami, for appellant.

Harry Malka and Ian T. Kravitz of Malka & Kravitz, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

*    *    *

*Not final until disposition of timely filed motion for rehearing.*